# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE BROOKS GROUP & ASSOCIATES, INC., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| WENDI LEVIGNE, *et al.*, | : | |
| Defendants | : | NO. 12-2922 |

## ORDER

**AND NOW**, this 17th day of May, 2013, upon consideration of the Mem. of Law in Supp. of Defs.' Mot. to Compel Disc. (Document No. 28), Pl.'s Mem. of Law in Opp. to Defs.' Mot. to Compel Disc. (Document No. 29), and for the reasons provided in the court's Memorandum of today, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:


*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
Chief United States Magistrate Judge