## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE BROOKS GROUP & ASSOCIATES, INC., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| WENDI LEVIGNE, *et al.*, | : | |
| Defendants | : | NO. 12-2922 |

## ORDER

**AND NOW**, this 15th day of July, 2013, upon consideration of Defendants' Mot. for Recons. (Document No. 36), Defendants' Mem. of Law in Supp. of Defs.' Mot. for Recons. (Document No. 35), Plaintiff's Mem. of Law in Opp'n to Defs' Mot. for Recons. (Document No. 37), Defendants' Reply to Pl.'s Opp'n to Defs.' Mot. for Recons. (Document No. 40) and for the reasons provided in the court's Memorandum of today, it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
Chief United States Magistrate Judge